# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Wild Horse Campaign  )
*Plaintiff*  )
 )
v.  )    Civil Action No. 22-1474
 )
United States Forest Service  )
 )
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*  United States Attorney's Office for the District of Columbia
Attn: Civil Process Clerk
555 Fourth St. NW
Washington D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean T. Malone
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 97401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Wild Horse Campaign )
*Plaintiff* )
)
v. )  Civil Action No. 22-1474
)
United States Forest Service )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Forest Service
1400 Independence Ave SW
Washington, D.C. 20250

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Sean T. Malone
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 97401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Wild Horse Campaign )
*Plaintiff* )
)
v. ) Civil Action No. 22-1474
United States Forest Service )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)* Merrick Garland
United States Attorney General
950 Pennsylvania Ave
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean T. Malone
Attorney at Law
259 E. 5th Ave, Ste 200-C
Eugene OR 97401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*